No. 45, Orig.  WASHINGTON ET AL. v. GENERAL MOTORS CORP. ET AL.  Motion for leave to file bill of complaint set for oral argument.  One hour allowed for oral argument. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this matter.

No. 49, Orig.  ILLINOIS v. CITY OF MILWAUKEE, WISCONSIN, ET AL.  Motion for leave to file bill of complaint set for oral argument.  One hour allowed for oral argument.

No. 50, Orig.  VERMONT v. NEW YORK ET AL.  Motion for leave to file bill of complaint set for oral argument. One hour allowed for oral argument.

No. 87.  UNITED STATES v. DISTRICT COURT IN AND FOR THE COUNTY OF EAGLE ET AL., 401 U. S. 520.  Motion of Fort Mojave Tribe of Indians for leave to file suggestion of interest denied.

No. 812.  UNITED STATES v. DISTRICT COURT IN AND FOR WATER DIVISION No. 5 ET AL., 401 U. S. 527.  Motion of Fort Mojave Tribe of Indians for leave to file suggestion of interest denied.

No. 846.  FIRST NATIONAL CITY BANK v. BANCO NACIONAL DE CUBA, 400 U. S. 1019.  Motion of respondent for waiver of Clerk's costs denied.  MR. JUSTICE HARLAN, MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE BLACKMUN are of the opinion that the motion should be granted.

No. 6458.  HARRIS v. TEXAS.  Ct. Crim. App. Tex. Counsel for petitioner directed to file a brief in support of petition on or before May 20, 1971.  The Attorney General of Texas is invited to file a responsive brief within 10 days from date of receipt of petitioner's brief.